UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**      **DATE:** 8/10/2021
    United States Magistrate Judge

    **TIME:** 12:40 p.m.

**DOCKET NO:** 21-cv-02195-DRH-ARL

**CASE:** Madni v. Internal Medicine Associates P.C. et. al

 **X**   **INITIAL CONFERENCE**
     **STATUS CONFERENCE**
 **X**   **SCHEDULING CONFERENCE**      **BY TELEPHONE X**
 **X**   **SETTLEMENT CONFERENCE**
     **FINAL CONFERENCE**
     **FAIRNESS HEARING**

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|---|
|  | Gustavo Juarez | Alex Umansky |

**The following rulings were made:**

    **A schedule was agreed upon which will be entered under a separate order.**


    **SO ORDERED:**
               /s/