UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SANAA MADNI,

                    Plaintiff,

          -against-

INTERNAL MEDICINE ASSOCIATES P.C., d/b/a
"Medical Associates," and RAJESH RAINA, M.D.,

                    Defendants.
------------------------------------------------------------------X

**SCHEDULING ORDER**
CV 21-2195 (DRH) (ARL)

**LINDSAY, Magistrate Judge:**
The following pretrial schedule is adopted:

**December 20, 2021** : Deadline for filing motion for joinder of additional parties or amendment of pleadings.

**May 13, 2022** : All discovery, inclusive of expert discovery, to be concluded.

**March 18, 2022** : Any party planning on making a dispositive motion must take the first step in the motion process by this date or risk forfeiting the right to make such a motion. Parties are directed to consult the district judge's individual rules regarding such motion practice.

**June 2, 2022** : Final conference before the undersigned at **11:00 a.m.** Meaningful settlement discussions will occur at the conference. Clients or other persons with full settlement authority must be available by telephone. Parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, on or before **May 31, 2022.**

      This scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 1 (D) which requires that applications be made at least forty-eight hours before the scheduled appearance or deadline.

      All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York
       August 10, 2021

                                  SO ORDERED:
                                          s/
                                ARLENE ROSARIO LINDSAY
                                United States Magistrate Judge