UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANAA MADNI,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNAL MEDICINE ASSOCIATES P.C., d/b/a "MEDICAL ASSOCIATES," and RAJESH RAINA, M.D., individually,<br><br>    Defendants. | Index No. 2:21-cv-02195 (DRH) (ARL)<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

Plaintiff Sanaa Madni and Defendants Internal Medicine Associates P.C., d/b/a "Medical Associates," and Rajesh Raina, M.D., by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action shall be dismissed with prejudice, with no award of counsel fees or costs by the Court to any party.

SO STIPULATED AND AGREED:

OlenderFeldman LLP

By _____
Alex Umansky, Esq.
1180 Avenue of the Americas, 8th Fl.
New York, NY 10036
(908) 964-2453
aumansky@olenderfeldman.com
*Attorneys for Defendants*

Gustman Law, P.C.

By _____
Brian Gustman, Esq.
11 Broadway, Suite 615
New York, New York 10004
(212) 487-8626
bgustman@gustmanlaw.com
*Attorneys for Plaintiff*

SO ORDERED this _____ day of
_____, 2022
New York, New York

_____
The Honorable Denis R. Hurley
United States District Judge